Case: 2:25-cv-01187-DRC-KAJ Doc #: 1-3 Filed: 10/10/25 Page: 1 of 6 PAGEID #: 8
Franklin County Ohio Clerk of Courts of the Common Pleas- 2025 Sep 02 11:17 AM-25CV006073
0H479 - Q49

# IN THE COURT OF COMMON PLEAS FOR FRANKLIN COUNTY, OHIO
## CIVIL DIVISION

**MINISTER NORMAN V. WHITESIDE**
P.O. Box 9351
Columbus, Ohio 43209

    Plaintiff

v.

DALLAS BALDWIN
373 South High Street
Columbus, Ohio 43215

And

MATT LUTZ
1840 E. Pike
Zanesville, Ohio 43701

    Defendants

Case No._____

COMPLAINT

Jury Demand Endorsed Hereon

**Jurisdiction and Venue**

1. This action arises under 42 U.S.C. §1983 and the U.S. Constitution (6th, 8th, and 14th Amendments), but not limited to

2. Jurisdiction is proper because pursuant to Ohio law, state courts have concurrent jurisdiction over actions brought under 42 U.S.C. §1983

3. Venue is proper in this Court because at least one of the events giving rise to this complaint occurred in Franklin County, Ohio and the remainder of the violations occurred in Muskingum County.

4. **Parties**

Case: 2:25-cv-01187-DRC-KAJ Doc #: 1-3 Filed: 10/10/25 Page: 2 of 6 PAGEID #: 9
Franklin County Ohio Clerk of Courts of the Common Pleas- 2025 Sep 12 7:17 AM-25CV007813
0H479 - Q50

5. Plaintiff Minister Norman V. Whiteside (hereinafter Plaintiff), is a resident of Franklin County, Ohio, and was formerly detained in the Franklin County Jail (hereinafter FIRST JAIL) and then transferred to the Muskingum County Jail (hereinafter SECOND JAIL)

6. Defendant Balwin is responsible for the operation of the First Jail, for training and supervising jail staff, and for maintaining lawful conditions of confinement. He is being sued in his individual and official capacities.

7. Defendant Lutz is responsible for the operation of the Second Jail, for training and supervising jail staff, and for maintaining lawful conditions of confinement. He is being sued in his individual and official capacities.

8. **Statement of Facts**

9. Plaintiff was arrested on or about February 28, 2025, and held at FIRST JAIL after being indicted in Muskingum County.

10. During Plaintiff's stay at the First Jail located on Jackson Pike, he was housed in conditions that despite his being 72 years of age with heart condition, diabetes and hypertension with benign paroxysmal positional vertigo, Plaintiff was (1) made to sleep on the concrete floor because the lower bunks were taken by many who had no medical needs (2) was denied a diet consistent with his having diabetes, and (3) was consistently exposed to events such as inmates walking other inmates who were on all fours like they were dogs. Defendant Baldwin was supposed to ensure that Plaintiff was in conditions that were consistent with his medical needs, and he failed to provide constitutional standards of care in this regard but not limited to.

11. On or about March 6, 2025, Plaintiff was transferred to the Second Jail where he was given underwear that had holes in it and a mattress that did not have stuffing and stained

Case: 2:25-cv-01187-DRC-KAJ Doc #: 1-3 Filed: 10/10/25 Page: 3 of 6 PAGEID #: 10
Franklin County Ohio Clerk of Courts of the Common Pleas- 2025 Sep 02 1:07 AM-25CV007813
0H479 - Q51

12. bedding. Because all the beds were taken, Plaintiff was made to sleep on the floor inside a "boat" where he remained for 62 days.

12. Although staff at the Second Jail was aware that Plaintiff is a diabetic with a heart condition, with hypertension and BPPV, this staff would not provide Plaintiff a diet consistent with his medical conditions, and denied Plaintiff certain medications because the medical staff did not agree with why Plaintiff's primary care physician prescribed the medicines.

13. At the Second Jail, there was no hot water from the sink and the sink had to be jerry-rigged to operate, and the shower area had little black worms at the base. The shower itself had to be jerry-rigged and operated by inserting a pencil in the nozzle to stop the flow and to remove it when Plaintiff showered. Additionally, Plaintiff was made to drink contaminated water that resulted in Plaintiff having to be taken to the emergency room on Easter Sunday 2025.

14. At the Second Jail, Attorney James D. Owen came to visit Plaintiff to see about arranging bond. The jail staff made Owen leave because he was not listed as Plaintiff's counsel of record even though Owen is licensed to practice law in the State of Ohio. There is/was no known policy that states an attorney must be an attorney of record to visit a prisoner at the Second Jail.

15. Plaintiff requested access to a typewriter/computer or at the very least an ink pen to exercise his constitutional rights to access to the courts. He was given a four-inch golf pencil and told that the pencil was his access to the courts. Plaintiff asked to get documents notarized and the notary stated that she would only notarize documents

16. drafted by an attorney. Plaintiff requested certain legal books and was given a 2019 edition of the Ohio Revised Code with pages torn from the book.

16. The Second Jail has a rodent and insect problem, and recreation was provided twice in the 62 days Plaintiff was confined in the Second Jail. The overall conditions of the Second Jail were designed to induce Plaintiff and other detainees into coercive plea agreements.

17. Plaintiff wrote grievances that were never processed because prisoners/detainees at the Second Jail are given no type of receipt when they attempt to lodge grievances in the Second Jail.

18. During his time spent at the Second Jail, Plaintiff was subjected to **horrible and unsafe conditions as described above**, including, but not limited to:

    [e.g., overcrowding, denial of Plaintiff's First Amendment Right of Access to the Courts, denial of adequate medical care, unsanitary facilities, lack of adequate food, etc., but not limited to.

19. Plaintiff alleges that these conditions are **intentionally maintained or used** to pressure Plaintiff and other detainees into pleading guilty to crimes charged against them, and several prisoners have already pleaded guilty for that reason alone.

**Claims for Relief**

A. **Count I – 8th and 14th Amendment Violations (Cruel and Unusual Punishment / Due Process):**

Defendants individually and/or collectively created and maintained unconstitutional jail conditions to coerce Plaintiff and other detainees into pleading guilty to crimes charged, and to otherwise deny their constitutional rights.

Case: 2:25-cv-01187-DRC-KAJ Doc #: 1-3 Filed: 10/10/25 Page: 5 of 6 PAGEID #: 12
Franklin County Ohio Clerk of Courts of the Common Pleas- 2025 Sep 02 5:17 AM-25CV007813
0H479 - Q53

B. **Count II – 6th and 14th Amendment Violations (Right to Fair Trial / Due Process):**

In the event that Plaintiff is somehow found guilty of the crimes charged in Muskingum County, he will be forced to return to the unconstitutional conditions described above.

C. **Count III – Conspiracy to Violate Civil Rights (42 U.S.C. §1985):**

By the Muskingum County Judges and prosecutors being aware of the conditions described in the foregoing, they are conspiring with Defendants to deprive Plaintiff of constitutional rights through coordinated actions.

**Prayer for Relief**

Plaintiff requests:
- Compensatory damages from both Defendants in excess of $25,000.00 each.
- Punitive damages from both Defendants in excess of $55,000.00 each.
- Declaratory judgment that Defendants' actions violated Plaintiff's constitutional rights.
- Injunctive relief ordering Defendants to remedy the unconstitutional conditions herein described.
- Injunctive relief that prevents Plaintiff from returning to the Second Jail in the event Plaintiff has an unfavorable outcome at his upcoming trial September 30, 2025, although he maintains his innocence of the crimes charged,
- Order that Plaintiff be detained in another safe facility that will respect his constitutional rights should he have to return to either jail for any reason.
- Award Attorney's fees and costs under 42 U.S.C. §1988.
- Any further relief the Court deems just and proper.

JURY DEMAND: Plaintiff demands a trial by jury regarding all triable issues.

Respectfully submitted,
/s/ *Hillard M. Abroms*
Hillard M. Abroms, (0008552)

753 South Front Street
Columbus, Ohio 43206
614.443.7000
abromslaw72@gmail.com